BARRY J. PORTMAN
Federal Public Defender
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
555 12th St. – Suite 650
Oakland, CA 94607-3627
Tel. 510-637-3500

Counsel for Defendant JAMMER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Nos. CR 06-00203-WDB |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER FOR CONTINUANCE AND |
| ) | EXCLUSION OF TIME UNDER THE |
| KAMEISHA JAMMER, ) | SPEEDY TRIAL ACT, 18 U.S.C. § |
| ) | 3161 ET SEQ. |
| Defendant. ) | |

**ORDER**

Based on the reasons provided in the stipulation of the parties above, it is also ORDERED that the STATUS APPEARANCE date April 28, 2006, scheduled at 10:00 a.m., before the Honorable Wayne D. Brazil, be vacated and reset for June 14, 2006 at 10:00 a.m.

- 1 -

1    It is further ORDERED that time be excluded between April 28, 2006 and June 14, 2006

2 based on the need for counsel to continue investigating this case.  The court finds that the ends of

3 justice would be served by granting the continuance.

4

5 DATED: June 9, 2006



_____
HON. WAYNE D. BRAZIL
UNITED STATES MAGISTRATE JUDGE

- 2 -