BARRY J. PORTMAN
Federal Public Defender
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
555 12th St. – Suite 650
Oakland, CA 94607-3627
Tel. 510-637-3500

Counsel for Defendant JAMMER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> KAMEISHA JAMMER, ) <br> ) <br> ) <br> Defendant. | Nos. CR  06-00203-WDB <br><br> ORDER FOR CONTINUANCE AND EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. § 3161 ET SEQ. |

**ORDER**

Based on the reasons provided in the stipulation of the parties above, it is also ORDERED that the STATUS APPEARANCE date July 20, 2006, scheduled at 10:00 a.m., before the Honorable Wayne D. Brazil, be vacated and reset for August 10, 2006 at 10:00 a.m.

1    It is further ORDERED that time be excluded between July 20, 2006 and August 10, 2006
2  based on the need for counsel to continue investigating this case.  The court finds that the ends of
3  justice would be served by granting the continuance.
4
5  DATED: July 19, 2006

_____
HON. WAYNE D. BRAZIL
UNITED STATES MAGISTRATE JUDGE